UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS, Individually,

    Plaintiff,

v.

    Case No. 2:14-cv-12931
    Hon. Matthew Leitman

ELEVEN-DEQUINDRE ASSOCIATES, LP,
A Domestic Limited Partnership,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without attorneys' fees or costs to any party. Entry of this order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 6, 2015

**STIPULATED AND AGREED TO THIS 6th DAY OF MARCH 2015 BY:**

| | |
|---|---|
| /s/ Pete M. Monismith (w/consent) | /s/ Kimberly A. Yourchock |
| Pete M. Monismith (PA-84746) | Emily M. Petroski (P63336) |
| Attorney for Plaintiff | Kimberly A. Yourchock (P72336) |
| 3945 Forbes Avenue, #175 | Jackson Lewis P.C. |
| Pittsburgh, Pennsylvania  15213 | Attorneys for Defendant |
| Telephone (724) 610-1881 | 2000 Town Center, Suite 1650 |
| Fax (412) 258-1309 | Southfield, Michigan 48075 |
| Pete@monismithlaw.com | Telephone (248) 936-1900 |
| | Fax (248) 936-1901 |
| | Petroske@jacksonlewis.com |
| | Kimberly.yourchock@jacksonlewis.com |